JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *The Paragon Collection, LLC,* | CASE NO. CV 13-7639-GHK (JCx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *XT-SOFT* | |
| Defendant. | |

Pursuant to the Court's September 22, 2014 Order, IT IS **ORDERED, ADJUDGED, AND DECREED** that default judgment shall be entered in favor of Plaintiff against Defendant XT-SOFT in the total amount of $502,391.15, consisting of the following amounts: (1) $384,459.70 in damages; (2) $104,551.23 in prejudgment interest; and (3) $13,280.22 in attorneys' fees.

**IT IS SO ORDERED**.

DATED: September 22, 2014

_____
GEORGE H. KING
Chief United States District Judge